UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Earl Lionell Ward, | |
| | Case No. 21-CV-1515 (KMM/TNL) |
| Petitioner, | |
| v. | ORDER |
| Tracy Beltz, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung, dated September 8, 2022. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. This action is **DISMISSED** without prejudice as duplicative.

**Let Judgment Be Entered Accordingly.**

Date: **October 31, 2022**        *s/ Katherine M. Menendez*
                                  Katherine M. Menendez
                                  United States District Judge